UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO: 05-2326

JUDY BURKHART,
Appellant

v.

*JOHN E. POTTER,
POSTMASTER GENERAL OF THE UNITED STATES

(*Amended Pursuant to F.R.A.P. 43(c))

On Appeal From the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 00-cv-00983)
Magistrate Judge: Honorable Robert C. Mitchell

Submitted Under Third Circuit LAR 34.1(a)
January 11, 2006

Before: ROTH, RENDELL AND AMBRO, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania. On consideration whereof, it is now here
ORDERED AND ADJUDGED by this Court that the judgment of the District Court, entered March 22, 2005, is hereby affirmed.
Costs are taxed against appellant. All of the above in accordance with the Opinion of the Court.

ATTEST:

Marcia M. Waldron
Clerk

DATED: February 15, 2006

Certified as a true copy and issued in lieu
of a formal mandate on 4/25/06

Marcia M. Waldron
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit